UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------- x
Melchion Wee-Ellis, on behalf of himself and al : Case no.1:25-cv-1229
others similarly situated, :
 :
Plaintiffs, :
 : NOTICE OF VOLUNTARY
v. : DISMISSAL WITHOUT
 : PREJUDICE
Premium Lounge, Inc., :
 :
Defendant. :
 :
 :
 :
 :
---------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: May 30, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

/s/ *Michael H. Cohen*
By: Michael H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: 917-437-3737
Email: mcohen@ealg.law

So Ordered.
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 5/31/25